**UNITED STATES DISTRICT COURT**
**DISTRICT OF EASTERN MICHIGAN**
-------------------------------------------------------X
**UNITED STATES OF AMERICA,**

          **Plaintiff,**

        **-v-**                                  **NOTICE OF APPEARANCE**

**DARREN ROBINSON,**                    **Case No. 2:23-MJ-30260**

          **Defendant.**

-------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that ZACH INTRATER, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, is appearing for DARREN ROBINSON in the above-captioned matter.

_____
Zach Intrater, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue, 2nd Floor
New York, NY 10001
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: zintrater@braflaw.com

Dated:  New York, NY
       July 11, 2023